UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONEL HERNANDEZ,

                Plaintiff,

-against-

HARVARD MAINTENANCE,

                Defendant.

20-CV-0083 (CM)

CIVIL JUDGMENT

    Pursuant to the order issued May 13, 2020, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

    IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:  May 13, 2020
          New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge